**Adelor J. Petit, appellee, v. Edith B. Dodson and Joseph H. Dodson, appellants. Gen. No. 7,015.**

Assumpsit on note secured by mortgage. Judgment for plaintiff for principal and interest. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed January 24, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Luther B. Bratton and Lee D. Mathias, for appellants. Harry D. Parker, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

**Roy D. Wistehuff and Oliver Wagner, trading as Wistehuff and Wagner, appellees, v. St. Louis, Springfield & Peoria Railroad, appellant. Gen. No. 7,074.**

Action to recover damages for injury to plaintiffs' truck by collision with defendant's electric car. Judgment for plaintiffs. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded for new trial. Opinion filed January 24, 1923.

Hunter, Page & Kavanagh, for appellant. Clarence W. Heyl and Harry C. Heyl, for appellees.

Mr. Justice Jett delivered the opinion of the court.

---

**Anton Kawa and Agnes Kawa, appellants, v. Henry Sullivan, appellee. Gen. No. 7,077.**

Appeal from order of county court dismissing an appeal from a justice's court for want of prosecution. Appeal from the County Court of McHenry county; the Hon. Charles P. Barnes, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed January 24, 1923.

Frank A. McCarthy and J. Vincent McCarthy, for appellants. V. S. Lumley, for appellee.

Mr. Justice Jett delivered the opinion of the court.